FILED
JAMES J. VILT, JR. - CLERK

MAY 20 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
|---|---|
| v. | ) |
| Corey Stephens | ) Case No. 4:21mj-50-HBB |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 1, 2021 to May 16, 2021** in the county of **Muhlenberg** in the **Western** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(7) | Knowingly Produced with Intent to Distribute Child Pornography |

This criminal complaint is based on these facts:

**See Affidavit**

☑ Continued on the attached sheet.

*Complainant's signature*

Theodore R Curtis III - Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/20/21

City and state: Bowling Green, KY

*Judge's signature*

H. Brent Brennenstuhl - U.S. Magistrate Judge
*Printed name and title*

FILED
JAMES J. VILT, JR. - CLERK
MAY 20 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

4:21MJ-50-HBB

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Theodore R Curtis III, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) employed by the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI) and I have been so employed since November 2000. I am currently assigned to HSI Bowling Green, Kentucky.

2. As part of my official duties as an HSI Special Agent, I investigate criminal violations relating to the sexual exploitation of children and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, et. seq. I have received training in the area of child pornography and child exploitation investigations and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A)), in all forms of media including computer media during law enforcement training and experiences. I have also received training and instruction in the field of investigating child pornography. I have also conducted numerous investigations pertaining to child pornography and child exploitation since June 2008.

### BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

3. On May 16, 2021, a Homeland Security Investigations (HSI), Special Agent acting in an undercover (UC) capacity, encountered an individual utilizing the KIK username

1

"darkheart270" and vanity name "Dark Heart" on the KIK messenger application. This individual was a member of a ▮▮▮ appreciation group and commenting on child sexual abuse material (CSAM) being posted by other users when he posted an image of a ▮▮▮ ▮▮ ▮▮ with an adult penis being placed on the ▮▮▮ face.

4. "Dark Heart" was chatting with several others when he claimed he wished he had had a daughter. Once others began posting CSAM material during the group chat "Dark Heart" commented on one of the videos "I'd just rape her little cunt and leave her laying with cum all in her." This was in reference images posted by another user claiming to be home with his daughter but not alone. When the other user said he wished he could take more pics but is not alone, the "Dark Heart" said "do it anyways."

5. "Dark Heart" also commented on another CSAM video saying "I wanna see the rest of that video of the baby sucking dick with mommy and daddy." "Dark Heart" later said "cum deep in her cunt," "But pussy is so much better to fuck," "Gotta shave so there's no evidence, and "Tie them up so there's no resistance then beat their little pussies black and blue." "Dark Heart" then commented on a different CSAM video saying "Hot af," (af is shorthand for "as fuck") and "That pussy needs to be filled."

6. The next post made by "Dark Heart" was the image showing the erect male penis being pushed onto the ▮▮▮ face right across the ▮▮▮ Someone commented the image was hot and "Dark Heart" said "Not the first time I've done it."

7. On May 16, 2021, the HSI UC initiated a direct message to "Dark Heart" and said he liked the image "Dark Heart" posted. The HSI UC inquired about the victim's age and "Dark Heart" answered ▮▮▮. The HSI UC commented that the ▮▮▮ is cute and asked if "Just

2

putting your dick on his face all you've done" to which "Dark Heart" replied "No." The HSI UC asked what all else he has done and whether he enjoys it and "Dark Heart" said "No" again. "Dark Heart" did not act as if he wanted to chat and said that he was "working rn." (rn meaning right now).

8. On May 17, 2021, the HSI UC sent an emergency disclosure to Medialab, Inc. (Kik) for the subscriber information and IP logs for "Dark Heart's" account based on the image "Dark Heart" posted and statements he made.

9. On May 18, 2021, Medialab, Inc. made a return on this request that contained numerous IP addresses as well as a registration email of ▮▮▮▮▮. The return also showed "Dark Heart" was utilizing a Samsung device SM-G988U which is a Samsung Galaxy S20 according to an internet query. The IP address information requested was from April 18, 2021 to May 18, 2021.

10. HSI UC conducted a query of the return IP addresses at maxmind.com and noted IP address registered to Comcast Communications as ▮▮▮▮. HSI UC sent an emergency disclosure request to Comcast Communications regarding this IP address and received the following results via telephone conversation with the Comcast Communications legal department. IP address ▮▮▮▮ was identified as utilizing a "WIFI" connection (indicating a residence or business, other IP addresses were identified as "Mobile LTE" indicating a cellular connection).

- ▮▮▮▮ Subscriber Information
- Corey Stephens
- ▮▮▮▮▮
- Greenville, Kentucky

11. On May 18, 2021, HSI UC conducted a Google query for "Corey Stephens Greenville, Kentucky" which produced the Facebook account for ▮▮ ▮▮▮▮▮, who is ▮▮▮▮ to Corey STEPHENS. On ▮▮ ▮▮▮▮▮ Facebook profile there are several images of what appears to be the ▮▮ ▮▮ from the image "Dark Heart" posted to the group. There is also an image on ▮▮▮▮▮▮▮ Facebook page showing a pink wall with a white baseboard that is similar in appearance to the wall and baseboard of the image posted by "Dark Heart".

12. On May 19, 2021, HSI Special Agent (SA) Curtis reviewed the images forwarded by the HSI UC and determined the ▮▮▮ from the "Dark Heart" Kik post and the ▮▮ on ▮▮▮▮▮▮ Facebook page as the same ▮▮▮.

13. On May 19, 2021, SA Curtis and others executed a federal search warrant at Corey STEPHENS residence in Greenville, Kentucky. STEPHENS was present at the time of the search. After receiving his *Miranda* warning, STEPHENS stated the following:

- STEPHENS admitted to producing the image that was distributed to the HSI UC. STEPHENS stated the image was produced in his residence (▮▮ ▮▮▮▮▮▮ ▮▮▮, Greenville, Kentucky) between approximately April 1, 2021 and prior to May 16, 2021. STEPHENS stated the juvenile in the image was ▮▮ ▮▮ and the penis across the ▮▮ face was STEPHENS' penis. Once the image was verified, STEPHENS showed SA Curtis and Kentucky State Police Detective Ray where in the residence the image was taken (living room).

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that Corey STEPHENS has distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and knowingly

produced with intent to distribute child pornography, in violation of 18 U.S.C. § 2252A(a)(7). I respectfully request that this Court issue an arrest warrant.

Theodore R Curtis III
Special Agent

Sworn and subscribed before me this 20th day of May, 2021.

H. BRENT BRENNENSTUHL
United States Magistrate Judge

5